UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>VAN DYKE SPINAL REHABILITATION CENTER PLLC; NEW GRACE SPINAL REHABILITATION CENTER, PLLC; PRODIGY SPINAL REHABILITATION, PLLC; MICHAEL MEERON, D.C.; ANTHONY PULICE, D.C.; and SUMMER FAKHOURI, D.C.,<br><br>Defendants. | C.A. No. 20-cv-12748-LVP-DRG |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Liberty Mutual Fire Insurance Company, LM General Insurance Company, LM Insurance Corporation, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and defendants Van Dyke Spinal Rehabilitation Center PLLC ("Van Dyke"), New Grace Spinal Rehabilitation Center, PLLC ("New Grace"), Prodigy Spinal Rehabilitation, PLLC ("Prodigy"), Michael Meeron, D.C,

1

("Meeron"), Anthony Pulice, D.C. ("Pulice"), and Summer Fakhouri, D.C. ("Fakhouri"), by and through their undersigned counsel, that Liberty Mutual's Complaint (*ECF No. 1*) be dismissed with prejudice as to Van Dyke, New Grace, Prodigy, Meeron, Pulice, and Fakhouri without costs or fees of any kind to any party. It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 29th DAY OF JANUARY, 2021:

| | |
|---|---|
| *Liberty Mutual Fire Insurance Company, LM General Insurance Company, LM Insurance Corporation, and SAFECO Insurance Company of Illinois,* <br><br> By their Attorneys, <br><br> */s/ Jacquelyn A. McEttrick* <br> _____ <br> Nathan A. Tilden (P76969) <br> ntilden@smithbrink.com <br> Jacquelyn A. McEttrick <br> jmcettrick@smithbrink.com <br> Andrew H. DeNinno <br> adeninno@smithbrink.com <br> 38777 Six Mile Road, Suite 314 <br> Livonia, MI 48152 <br> (734) 521-9000 <br><br> 350 Granite Street, Suite 2204 <br> Braintree, MA 02184 <br> (617) 770-2214 | *Van Dyke Spinal Rehabilitation Center PLLC, New Grace Spinal Rehabilitation Center, PLLC, Prodigy Spinal Rehabilitation, PLLC, Michael Meeron, D.C., Anthony Pulice, D.C., and Summer Fakhouri, D.C.,* <br><br> By their Attorneys, <br><br> */s/ Peter W. Joelson* <br> _____ <br> Peter W. Joelson (P51468) <br> pwj@jrlawplc.com <br> Emily Warren (P76675) <br> ewarren@jrlawplc.com <br> JOELSON ROSENBERG, PLC <br> 30665 Northwestern Hwy., Suite 200 <br> Farmington Hills, MI 48334 <br> (248) 626-9966 <br><br> Gary R. Blumberg (P29820) <br> grblumberg@blumbergpc.com <br> LAW OFFICES OF <br> GARY. R. BLUMBERG, PC <br> 15011 Michigan Ave. <br> Dearborn, MI 48126 <br> (313) 230-1121 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>VAN DYKE SPINAL REHABILITATION CENTER PLLC; NEW GRACE SPINAL REHABILITATION CENTER, PLLC; PRODIGY SPINAL REHABILITATION, PLLC; MICHAEL MEERON, D.C.; ANTHONY PULICE, D.C.; and SUMMER FAKHOURI, D.C.,<br><br>Defendants. | C.A. No. 20-cv-12748-LVP-DRG |

## ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS ORDERED** that plaintiffs' causes of action against defendants Van Dyke Spinal Rehabilitation Center PLLC, New Grace Spinal Rehabilitation Center, PLLC, Prodigy Spinal Rehabilitation, PLLC, Michael Meeron, D.C, Anthony Pulice, D.C., and Summer Fakhouri, D.C. are hereby dismissed with prejudice and

without costs to any party. The Court shall retain jurisdiction over this matter to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: January 29, 2021